1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  J.J., by and through their guardian Valerie Gallardo,     Case No. 3:25-cv-02254

5        Plaintiff(s),

6    v.      **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7  Epic Games, Inc.,

8        Defendant(s).

9

10  I, Marshal J. Hoda, an active member in good standing of the bar of

11  Texas, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: the plaintiff class in the

13  above-entitled action. My local co-counsel in this case is Jack Fitzgerald, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California. Local co-counsel's bar number is: 257370.

16  3120 Southwest Fwy, Ste 101 PMB 51811
Houston, TX 77098
United States     2341 Jefferson Street, Suite 200
San Diego, CA 92110

17  MY ADDRESS OF RECORD     LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (832) 848-0036     (619) 215-1741

19  MY TELEPHONE # OF RECORD     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  marshal@thehodalawfirm.com     jfitzgerald@fmfpc.com

   MY EMAIL ADDRESS OF RECORD     LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 24110009.

24      A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court __0__ times in the 12 months

27  preceding this application.

28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2025-03-05

/s/ *Marshal J. Hoda*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marshal J. Hoda is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 5, 2025

UNITED STATES MAGISTRATE JUDGE