**THE HODA LAW FIRM, PLLC**
Marshal Hoda
TX Bar No. 24110009 (*pro hac vice* forthcoming)
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FITZGERALD MONROE FLYNN PC**
Jack Fitzgerald
CA Bar No. 257370
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.J., by and through their guardian VALERIE GALLARDO, and S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br> v.<br><br>EPIC GAMES, INC.,<br><br>    *Defendant*. | Case No. 3:25-cv-2254<br><br>**NOTICE OF DISMISSAL** |

Plaintiffs hereby give notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that:

- Plaintiff J.J., by and through their guardian Valerie Gallardo, is dismissed from this action without prejudice; and
- Count 5, asserting a cause of action under the Texas Deceptive Trade Practices Act, is dismissed without prejudice.

Notwithstanding this voluntary dismissal, the action will continue as to the remaining named Plaintiff and their claims. J.J. retains the right to remain an absent class member in the event that the Court certifies a class.

No answer or motion for summary judgment has been filed by the Defendant. Accordingly, dismissal is appropriate without a court order.

April 9, 2025

/s/ *Marshal J. Hoda*
Marshal Hoda
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FITZGERALD MONROE FLYNN PC**
Jack Fitzgerald
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiffs*