FAEGRE DRINKER BIDDLE REATH LLP
Paul A. Rosenthal (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 60606
Telephone:    (973) 564-7030
Facsimile:     (973) 360-9831

FAEGRE DRINKER BIDDLE & REATH LLP
Alyssa S. Wolf (SBN 337162)
alyssa.wolf@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:    +1 415 591 7500
Facsimile:     +1 415 591 7510

Attorneys for Defendant
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EPIC GAMES, INC.,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-2254<br><br>Hon. Rita F. Lin<br><br>**DEFENDANT EPIC GAMES, INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: March 5, 2025 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, the undersigned counsel of record for Epic Games, Inc. states as follows:

Tencent Holdings Limited indirectly owns more than 10% of Epic Games, Inc.'s stock through its wholly owned subsidiaries.

Dated: May 27, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  /s/ *Paul A. Rosenthal*
Paul A. Rosenthal
Alyssa S. Wolf

Attorneys for Defendant Epic Games, Inc.