FAEGRE DRINKER BIDDLE REATH LLP
Paul A. Rosenthal (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 60606
Telephone:   (973) 564-7030
Facsimile:   (973) 360-9831

FAEGRE DRINKER BIDDLE & REATH LLP
Alyssa S. Wolf (SBN 337162)
alyssa.wolf@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California  94111
Telephone:   +1 415 591 7500
Facsimile:   +1 415 591 7510

Attorneys for Defendant
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>           Defendant. | Case No. 3:25-cv-2254<br><br>Hon. Rita F. Lin<br><br>**JOINT STIPULATION TO SEQUENCE DEFENDANT'S ANSWER OR F.R.C.P. RULE 12 MOTIONS** |

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO SEQUENCE DEFENDANT'S ANSWER OR F.R.C.P. RULE 12 MOTIONS
Case No. 3:25-CV-2254

Plaintiff S.G., by and through his guardian Sirreon Goodson ("Plaintiff") and defendant Epic Games, Inc. ("Defendant"; together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint against Defendant on March 5, 2025 (ECF No. 1);

WHEREAS, in response to the Complaint, Defendant intends to file a motion to compel arbitration, a motion to transfer, and (if necessary) a separate motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b);

WHEREAS, the Parties have met and conferred, and the Parties agree that by having Defendant's initial response to Plaintiffs' Complaint be a motion to compel arbitration or, in the alternative, to transfer the case to the Eastern District of North Carolina, the Parties agree that Defendant has not waived its right to subsequently file a motion to dismiss pursuant to Rule 12(b);

WHEREAS, Plaintiff intends to oppose Defendant's motion to compel arbitration or, in the alternative, to transfer the case to the Eastern District of North Carolina;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that

1. If the Court denies Defendant's motion to compel arbitration and also denies transfer, Defendant may file a Rule 12(b) motion to dismiss within 21 days of the Court's order denying the motion to compel arbitration and motion to transfer;

2. If Defendant's motion to compel arbitration is denied, but motion to transfer is granted, Defendant may file a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) within 21 days of the Court's order transferring venue.

**IT IS SO STIPULATED.**

Dated: May 27, 2025                    **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/ Paul A. Rosenthal*
     Paul A. Rosenthal
     Attorneys for Defendant

Dated: May 27, 2025                    **THE HODA LAW FIRM PLLC**

By:   */s/ Marshal Hoda*
     Marshal Hoda
     Attorneys for Plaintiff