**THE HODA LAW FIRM, PLLC**
Marshal Hoda
TX Bar No. 24110009 (admitted *pro hac vice*)
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FITZGERALD MONROE FLYNN PC**
Jack Fitzgerald
CA Bar No. 257370
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIC GAMES, INC.,<br><br>    Defendant. | Case No. 3:25-cv-2254<br><br>Hon. Rita F. Lin<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Plaintiff S.G., by and through his guardian Sirreon Goodson ("Plaintiff") and defendant
2  Epic Games, Inc. ("Defendant"; together with Plaintiff, the "Parties"), by and through their
3  respective counsel, hereby stipulate as follows:
4  WHEREAS, the initial case-management conference in this matter is presently set for June
5  11, 2025, with the Parties' joint case-management statement due on June 4, 2025 (Dkt. 14);
6  WHEREAS, Defendant has filed a Motion to Compel Arbitration or, in the Alternative, to
7  Transfer to the Eastern District of North Carolina (the "Motion") (Dkt. 23) which requests that the
8  Court compel Plaintiff to proceed with this matter in arbitration or, alternatively, that the Court
9  transfer the entire case to the Eastern District of North Carolina;
10 WHEREAS, the parties have stipulated that Defendant has not waived its right to
11 subsequently file a motion to dismiss pursuant to Rule 12(b) by filing the Motion, and Defendant
12 intends to do so in the event the Motion is denied;
13 WHEREAS, the Court's standing orders indicate that parties may stipulate to vacate the
14 initial case management conference if a defendant files a motion to dismiss that will be dispositive
15 of the entire case, and;
16 WHEREAS, the parties have met and conferred and agree that vacating the June 11 case
17 management conference in this matter will conserve judicial and party resources;
18 THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their
19 respective counsel of record, that
20 1.  The case management conference currently scheduled for June 11, 2025, is hereby
21 vacated, to be reset be the Court after the hearing on Defendant's motion to dismiss.
22 2.  The parties will submit their joint case management statement as directed by the
23 court in advance of the rescheduled case management conference.
24 **IT IS SO STIPULATED.**

1
2
3
4  Dated: June 3, 2025            **THE HODA LAW FIRM, PLLC**
5
6                                 By:    /s/ *Marshal J. Hoda*
7                                        Marshal J. Hoda
                                         Attorney for Plaintiff
8
   Dated: June 3, 2025            **FAEGRE DRINKER BIDDLE & REATH LLP**
9
10
11                                By:    *Paul A. Rosenthal*
                                         Paul A. Rosenthal
12                                       Attorney for Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:25-CV-2254