**THE HODA LAW FIRM, PLLC**
Marshal Hoda
TX Bar No. 24110009 (admitted *pro hac vice*)
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

**FITZGERALD MONROE FLYNN PC**
Jack Fitzgerald
CA Bar No. 257370
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC GAMES, INC.,<br><br>Defendant. | Case No. 3:25-cv-2254<br><br>**DECLARATION OF SIRREON GOODSON** |

## DECLARATION OF SIRREON GOODSON

I, Sirreon Goodson, declare as follows.

1. I am the parent and legal guardian of the minor plaintiff S.G. in the above-captioned matter. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify.

2. S.G. is under the age of 13 and resides with me at our home in California.

3. S.G. played Fortnite using an account that I set up with my email address and birth date in 2018. S.G. and I have shared this account over time.

4. S.G. made at least some of the purchases at issue in the above-captioned matter using his own money. To the best of my recollection, S.G. made all of the purchases at issue in this lawsuit from our home in California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2025

DocuSigned by:

_____
E24A13850A6D4D5...

Sirreon Goodson