1  **FITZGERALD MONROE FLYNN PC**
   JACK FITZGERALD (SBN 257370)
2  *jfitzgerald@fmfpc.com*
   TREVOR M. FLYNN (SBN 253362)
3  *tflynn@fmfpc.com*
4  PETER GRAZUL (SBN 342735)
   *pgrazul@fmfpc.com*
5  ALLISON FERRARO (SBN 351455)
   *aferraro@fmfpc.com*
6  2341 Jefferson Street, Suite 200
7  San Diego, CA 92110
   Phone: (619) 215-1741
8
   **THE HODA LAW FIRM, PLLC**
9  MARSHAL HODA (admitted *pro hac vice*)
   TX Bar No. 24110009
10 3120 Southwest Fwy
   Ste 101 PMB 51811
11 Houston, TX 77098
12 *marshal@thehodalawfirm.com*
   Phone: (832) 848-0036
13
   ***Attorneys for Plaintiffs***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC GAMES, INC.,<br><br>Defendant. | Case No. 3:25-cv-2254-RFL<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY**<br><br>Judge: Hon. Rita F. Lin |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 7-11, Plaintiff S.G., by and through his guardian SIRREON GOODSON, hereby moves this Court for leave to file a sur-reply to Defendant Epic Games, Inc.'s ("Epic") Reply in Support of the pending Motion to Compel Arbitration or, in the Alternative, to Transfer to the Eastern District of North Carolina Pursuant to 28 U.S.C. §1404(a).

## I. BACKGROUND

On May 27, 2025, Epic filed its Motion to Compel Arbitration, or in the Alternative, to Transfer this case to the Eastern District of North Carolina ("MTCA"), Dkt. No. 23. On June 10, 2025, Plaintiff filed his Opposition to Epic's MTCA ("Opposition"), Dkt. No. 26. On June 17, 2025, Epic filed its Reply in Further Support of its MTCA, Dkt. Nos. 27 and 28. This matter was set to be heard on July 1, 2025, but the Court subsequently vacated the hearing.

## II. ARGUMENT

"Where new evidence is presented in a reply . . . the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (finding "the district court erred in not considering plaintiff's supplemental declaration," and this was "unfair"); *See also Banga v. First USA, NA*, 29 F.Supp.3d 1270, 1276 (N.D. Cal. 2014) ("If a party raises a new argument or presents new evidence in a reply brief, a court may consider these matters only if the adverse party is given an opportunity to respond" (citations omitted)).

Epic's Reply makes a new argument that was not raised in its opening brief. Specifically, Epic contends that, "with *each* [Fortnite Item Shop] purchase, [Plaintiff] accepted the EULA," Reply at *1-2 (emphasis added). That *each* of Plaintiff's purchases constitutes a separate and independent acceptance of the EULA terms is an argument made nowhere in Epic's MTCA. In a similar case where a group of Plaintiffs sought leave to file a sur-reply "in response to . . . new arguments and evidence presented by defendants in their reply in support of the motion to compel arbitration," a court in this district granted leave "in the interest of mitigating any potential unfairness," and without having even "conclusively determ[ined], whether the [new] declaration and its exhibits constitute[d] new evidence or constitute[d] a response to plaintiff's opposition." *Alkutkar v. Bumble Inc.*, 2022 U.S. Dist. LEXIS 110619, at *2 (N.D. Cal. June 22, 2022). Similarly here, to consider Epic's new Reply argument without allowing Plaintiff "an opportunity to respond" would be "unfair" and prejudice Plaintiff. *See Provenz*, 102 F.3d at 1483.

1  Plaintiff does not seek to strike Epic's improperly raised argument; rather, Plaintiff seeks only to file a short sur-reply (and two short supporting declarations) addressing it, a copy of which is filed concurrently herewith. Plaintiff intended to address this new argument at the July 1, 2025 hearing. However, on June 27, 2025, the Court vacated the hearing. Accordingly, Plaintiff requests that the Court grant Plaintiff's leave to file a brief sur-reply responding to Epic's improperly-raised Reply argument.

### III.    CONCLUSION

Plaintiff respectfully requests this Court for leave to file a brief sur-reply.

Dated: June 30, 2025

Respectfully Submitted,

/s/ Jack Fitzgerald

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
TREVOR M. FLYNN
*tflynn@fmfpc.com*
PETER GRAZUL
*pgrazul@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

**THE HODA LAW FIRM, PLLC**
MARSHAL HODA
*marshal@thehodalawfirm.com*
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
Phone: (832) 848-0036

***Counsel for Plaintiff***