**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
TREVOR M. FLYNN (SBN 253362)
*tflynn@fmfpc.com*
PETER GRAZUL (SBN 342735)
*pgrazul@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

**THE HODA LAW FIRM, PLLC**
MARSHAL HODA (admitted *pro hac vice*)
TX Bar No. 24110009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
*marshal@thehodalawfirm.com*
Phone: (832) 848-0036

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC GAMES, INC.,<br><br>Defendant. | Case No. 3:25-cv-2254-RFL<br><br>**DECLARATION OF JACK FITZGERALD IN SUPPORT PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY** |

I, Jack Fitzgerald, declare:

1. I am a member in good standing of the State Bars of New York and California; of the United States District Courts for the Southern and Eastern Districts of New York, the Northern, Central, and Southern Districts of California, and the Western District of Wisconsin; and of the United States Courts of Appeals for the Second, Eight, and Ninth Circuits. I make this declaration based upon my own personal knowledge and pursuant to Civil Local Rule 7-11 in support of Plaintiff's Administrative Motion for Leave to File a Sur-Reply.

2. On June 27, 2025, I contacted counsel for Defendant Epic Games, Inc. ("Epic") to inquire if Epic would stipulate to Plaintiff filing a sur-reply. Despite some discussion between the parties, a stipulation could not be obtained.

3. Submitted concurrently herewith is Plaintiff's proposed sur-reply and supporting declarations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of June 2025 in San Diego, California.

By: /s/ Jack Fitzgerald
Jack Fitzgerald