1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
7
8
9  S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,
10
11           Plaintiffs,
12
     v.
13
     EPIC GAMES, INC.,
14
              Defendant.
15

Case No. 3:25-cv-2254-RFL

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATVE MOTION FOR LEAVE TO FILE A SUR-REPLY**

16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Plaintiff's Administrative Motion for Leave to File a Sur-Reply and the concurrently filed Declaration of Jack Fitzgerald, any papers submitted in support thereof, as well as all other papers submitted in response thereto, hereby **GRANTS** Plaintiff leave to file a Sur-Reply in response to Defendant Epic Games, Inc's Reply in Further Support of its Motion to Compel Arbitration or, in the Alternative, to Transfer to the Eastern District of North Carolina Pursuant to 28 U.S.C. §1404(A), Dkt. Nos. 27 and 28.

**IT IS SO ORDERED.**

Dated: July 17, 2025

HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE