1  **THE HODA LAW FIRM, PLLC**
   Marshal Hoda
2  TX Bar No. 24110009 (admitted *pro hac vice*)
3  3120 Southwest Fwy
   Ste 101 PMB 51811
4  Houston, TX 77098
   Telephone: (832) 848-0036
5  marshal@thehodalawfirm.com

6  **FITZGERALD MONROE FLYNN PC**
7  Jack Fitzgerald
   CA Bar No. 257370
8  2341 Jefferson Street, Suite 200
   San Diego, California 92110
9  Telephone: (619) 215-1741
   jfitzgerald@fmfpc.com
10

11 *Attorneys for Plaintiffs*

12

13                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated, | |
   |---|---|
   | | Case No. 3:25-cv-2254 |
   | Plaintiffs, | |
   | | **DECLARATION OF SIRREON GOODSON** |
   | v. | |
   | EPIC GAMES, INC., | |
   | Defendant. | |

## DECLARATION OF SIRREON GOODSON

I, Sirreon Goodson, declare as follows.

1. I am the parent and legal guardian of the minor plaintiff S.G. in the above-captioned matter. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify.

2. As I stated in my prior Declaration, S.G. played Fortnite using an account that I set up with my email address and birth date in 2018. S.G. and I have shared this account over time.

3. Each time a method of payment was entered to enable purchases related to this account, I entered that method of payment myself.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/30/2025

DocuSigned by:

Sirreon Goodson
E24A13850A6D4D5...

Sirreon Goodson