THE HODA LAW FIRM, PLLC
Marshal Hoda
TX Bar No. 24110009 (admitted *pro hac vice*)
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
Telephone: (832) 848-0036
marshal@thehodalawfirm.com

FITZGERALD MONROE FLYNN PC
Jack Fitzgerald
CA Bar No. 257370
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EPIC GAMES, INC., <br><br> Defendant. | Case No. 3:25-cv-2254 <br><br> **DECLARATION OF EVAN COLE** |

**DECLARATION OF EVAN COLE**

I, Evan Cole, declare as follows.

1. I am the Head of Investigations at The Hoda Law Firm, PLLC. I am over the age of 18 and am competent to make this Declaration, which arises from my personal knowledge.

2. I downloaded the Fortnite game on a Nintendo Switch. I then proceeded through the process of purchasing "V-Bucks," Fortnite's in-game currency, in the Nintendo Switch eShop, where I had previously saved a payment method.

3. The first screen I saw was as follows.



4. I then clicked "A" to purchase 1,000 V-Bucks. The next screen I saw was as follows.



5. I then held down "A" to purchase 1,000 V-Bucks. This directed me to the Nintendo eShop store, where I used my stored payment method to purchase V-Bucks. At no point in this process was I prompted to agree to terms of service associated with Fortnite or Epic Games.

6. After completing my purchase of V-Bucks, I was returned to the Fortnite Item Shop. I was able to purchase items with the V-Bucks I had purchased by simply selecting an item and holding down "A" to purchase, as shown in the screenshot below.

7. The next screen I saw was as follows.



8. At this point, the item I purchased was available for use in Fortnite gameplay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 30, 2025

_____
Evan Cole

3