FAEGRE DRINKER BIDDLE & REATH LLP
Jeffrey S. Jacobson (*pro hac vice*)
jeffrey.jacobson@faegredrinker.com
1177 Avenue of the Americas, 43rd Floor
New York, New York 10036
Telephone:   +1 212 248 3140
Facsimile:   +1 212 248 3141

FAEGRE DRINKER BIDDLE REATH LLP
PAUL A. ROSENTHAL (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 60606
Telephone:   (973) 564-7030
Facsimile:   (973) 360-9831

FAEGRE DRINKER BIDDLE & REATH LLP
Alyssa S. Wolf (SBN 337162)
alyssa.wolf@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:   +1 415 591 7500
Facsimile:   +1 415 591 7510

Attorneys for Defendant
EPIC GAMES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>            Defendant. | Case No. 3:25-cv-2254<br><br>Hon. Rita F. Lin<br><br>**SUPPLEMENTAL DECLARATION OF JOSHUA D. SHAW** |

I, Joshua D. Shaw, declare:

1. I am a resident of Arizona and over the age of eighteen (18) years. I provide this declaration as a supplement to my May 23, 2025 declaration to provide additional details concerning the Epic Games, Inc. ("Epic Games") account that I understand to be at issue. I am a Senior eDiscovery Analyst at Epic Games, Inc. ("Epic Games"). I have worked for Epic Games since June 27, 2022, I have personal knowledge of the facts stated herein, and I am otherwise competent to testify.

2. Epic Games' video game experience *Fortnite* is available for account holders to play on multiple platforms, presently including the Microsoft Xbox, Sony PlayStation, and Nintendo Switch. *Fortnite* can also be played on personal computers.

3. As I stated in my prior declaration, regardless of the game mode or the platform used to install and play *Fortnite*, one can only access the *Fortnite* software and play *Fortnite* with an account to do so, and one cannot create an account without first affirmatively agreeing to the *Fortnite* End User License Agreement ("EULA"). Players must accept the EULA as a condition of playing *Fortnite*.

4. My prior declaration included information about the Epic Games account I believe to be associated with Plaintiff, which I was able to locate in Epic Games' records based on the information Plaintiff pleaded in the Complaint in this matter.

5. As I stated in my prior declaration, this account was created on March 27, 2018, in the name of Sirreon Goodson. The person who created the account accepted the EULA as part of the process of doing so. But a user of the account also had to accept the EULA each time that (a) the account was accessed from a different platform or device, or (b) Epic Games issued a new version of the EULA. When Epic Games has issued new versions of the EULA, account holders must accept that new version on each platform through which they play *Fortnite*.

6. As applicable to the account used by Plaintiff, a user of the account accepted the EULA fifteen (15) separate times, including at the time of the account's creation. Epic Games' systems of record reflect that a user of the account accepted the EULA on the following dates when accessing the *Fortnite* software from the specified platform:

      i.    March 27, 2018 (Microsoft Xbox);

      ii.    April 25, 2018 (personal computer);

      iii.    May 2, 2018 (Apple iOS);

      iv.    September 12, 2018 (Android);

      v.    March 16, 2019 (Xbox);

      vi.    March 26, 2019 (iOS);

      vii.    October 23, 2019 (Sony PlayStation);

      viii.    January 31, 2020 (personal computer);

      ix.    November 28, 2020 (Nintendo Switch);

      x.    November 18, 2023 (PlayStation);

      xi.    November 19, 2023 (Xbox);

      xii.    July 24, 2024 (personal computer);

      xiii.    December 21, 2024 (PlayStation);

      xiv.    January 3, 2025 (Xbox); and

      xv.    April 9, 2025 (personal computer).

7. A *Fortnite* player can use real money to purchase "V-Bucks," the *Fortnite* in-game virtual currency, and other in-game virtual items. These items can be purchased directly from Epic Games by visiting the Fortnite Item Shop, https://www.fortnite.com/itemshop. On the Fortnite Item Shop, Epic Games presently sells 1,000 V-Bucks for $8.99 and 2,800 V-Bucks for $22.99. The Fortnite Item Shop is controlled by Epic Games; Epic Games is responsible for how items appear for sale in the Fortnite Item Shop; and transactions on the Fortnite Item Shop are transactions with Epic Games.

8. A *Fortnite* player accessing the *Fortnite* software on a Microsoft Xbox or Sony PlayStation also can acquire V-Bucks or other in-game items on the marketplaces operated by Microsoft and Sony, respectively, which can be accessed through the Xbox and PlayStation devices. One <u>cannot</u> access Epic Games' Fortnite Item Shop through an Xbox or PlayStation

1. device. From those devices, the only way to purchase *Fortnite* in-game items is through Sony's or Microsoft's proprietary marketplaces.

9. Transactions made between *Fortnite* players and Sony's or Microsoft's marketplaces are made with marketplace operators—not Epic Games. When a *Fortnite* player acquires a *Fortnite* in-game item from one of these marketplaces, Sony or Microsoft will send an electronic signal to Epic Games' servers. That signal serves as an instruction to Epic Games to add the acquired item to the player's account.

10. I have consulted Epic Games' systems of record to determine whether persons using the account associated with Plaintiff have made *Fortnite*-related purchases from the *Fortnite* Item Store and/or from third-party marketplaces. Potential transactions include purchases of V-Bucks and exchanges of V-Bucks for particular in-game entitlements (*i.e.*, outfits for a player's character, specialized weapons, dances the player's character can perform, and "emotes").

11. When a person transacts with the *Fortnite* Item Store, Epic Games' systems of record will contain information about (among other things) the date and time of the transaction, the device used, the amount paid, and the method of payment used. When a person transacts with the Sony PlayStation Store or Microsoft Xbox Store, however, Epic Games' systems of record will reflect only the item acquired, the platform/marketplace used for the purchase, and the date and time Epic Games received the electronic signal to add the specific item to the purchaser's account.

12. Epic Games' records show that no person using the account associated with Plaintiff ever made any purchases from the Fortnite Item Shop. Nor did any person using this account make any purchases from the Nintendo Switch Store. One or more users of the account, however, did make multiple purchases over time from the Microsoft Xbox Store and Sony PlayStation Store.

13. The first in-game purchase made in the account Plaintiff used was in April 2018, from the Microsoft Xbox Store. This was a purchase of 2,800 V-Bucks. Fifteen more purchases of V-Bucks were made during 2018 either through the Xbox Store or (on one occasion) Apple's proprietary marketplace for "iOS" devices. The first PlayStation Store purchases in the account were made in December 2019. In 2020, using the PlayStation, a user of the account subscribed through the PlayStation Store to the *Fortnite* "Battle Pass" monthly subscription program.

14.    Plaintiff's Complaint states that Plaintiff himself was involved with purchases made during 2022, 2023, and 2024. During those years—other than monthly recurring charges for the BattlePass subscription begun in 2020—there were seven real-money purchases for V-Bucks in the account, three on the Xbox Store and four on the PlayStation Store. Other transactions in the account during those years were free items or exchanges of V-Bucks for specific in-game entitlements. All these transactions were on the PlayStation Store or the Xbox Store. Epic Games' systems of record show that there have been no real-money purchases in the account since a 1,000 V-Bucks purchase from the PlayStation Store on March 17, 2023.

15.    My prior declaration contained an error. I stated in ¶ 37 that there was a Fortnite Item Shop transaction in the account used by Plaintiff in March 2025. This was incorrect in two respects. First, the March 2025 transaction was not a purchase. It was an exchange of V-Bucks. Second, this exchange occurred on the PlayStation Store, not the Fortnite Item Shop. Again, no user of this account has ever made a purchase or other transaction from the Fortnite Item Shop. All transactions—before, during, and after the 2022-2024 period—were on third-party marketplaces.

16.    The most recent transaction in the account used by Plaintiff was on April 12, 2025, using the Xbox store. This was another exchange of V-Bucks for an in-game item and not a real-money purchase.

17.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of August 2025 in Anthem, Arizona.

_/s/ Joshua D. Shaw_
JOSHUA D. SHAW