**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul A. Rosenthal (SBN 338994)
paul.rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
Telephone:    +1 973 564 7030
Facsimile:    +1 973 360 9831

**FAEGRE DRINKER BIDDLE & REATH LLP**
Alyssa S. Wolf (SBN 337162)
alyssa.wolf@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:    +1 415 591 7500
Facsimile:    +1 415 591 7510

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey S. Jacobson (SBN 363541)
jeffrey.jacobson@faegredrinker.com
1177 Avenue of the Americas, 43rd Floor
New York, New York  10036
Telephone:    +1 212 248 3140
Facsimile:    +1 212 248 3141

Attorneys for Defendant
EPIC GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., by and through their guardian SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>EPIC GAMES, INC.,<br><br>                Defendant. | Case No. 3:25-cv-2254<br><br>Hon. Rita F. Lin<br><br>**DEFENDANT EPIC GAMES, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-15**<br><br>Complaint Filed: March 5, 2025 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT EPIC GAMES, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-15
Case No. 3:25-CV-2254

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Epic Games, Inc. ("Epic Games") hereby discloses that it is a Maryland corporation with a principal place of business in North Carolina. Epic Games has no parent corporation. Tencent Holdings Limited indirectly owns more than 10% of Epic Games' stock through its wholly owned subsidiaries. The Walt Disney Company indirectly owns more than 10% of Epic Games' stock through its wholly owned subsidiaries.

Pursuant to Civil L.R. 3-15, the undersigned counsel certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 3, 2026              **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   /s/ *Paul A. Rosenthal*
      _____
      Paul A. Rosenthal
      Alyssa S. Wolf
      Jeffrey S. Jacobson

      Attorneys for Defendant Epic Games, Inc.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT EPIC GAMES, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-15
Case No. 3:25-CV-2254